IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARY BURTON, Personal Representative of the Estate of CHARLES J. BURTON, Now Deceased** | * Case No. 91305531 (MD) (1)<br>* Case No. 93-3194 |
| **and** | * |
| **MARY BURTON, Individually and as Surviving Spouse of CHARLES J. BURTON, Now Deceased** | * |
| **Plaintiffs** | * |
| vs. | * |
| **AC&S, INC., et al.** | * |
| **Defendants** | * |

## MOTION FOR SUBSTITUTION OF PARTIES

1. Lucille Brittingham, moves this Court for an Order substituting her, in her capacity as Successor Personal Representative of the Estate of Charles J. Burton, Plaintiff's decedent, and as Personal Representative of the Estate of Mary Burton, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore states as follows.

2. On March 5, 1994, Charles J. Burton, Plaintiff's decedent in the above matter, died. On March 29, 1994, Mary Burton was duly appointed Personal Representative of the Estate of Charles J. Burton, deceased, by the Register of Wills for Baltimore County, Maryland.

3. On December 12, 2004, Mary Burton, Plaintiff herein, died.

4.	On November 1, 2006. Lucille Brittingham was appointed Personal Representative of the Estate of Mary Burton, Personal Representative of the Estate of Charles J. Burton and Surviving Spouse of Charles J. Burton, now deceased, by the Register of Wills for Baltimore County, Maryland and on November 2, 2006, Lucille Brittingham was appointed Successor Personal Representative of the Estate of Charles J. Burton, Plaintiff's decedent herein, by the Register of Wills for Baltimore County, Maryland.

5.	Lucille Brittingham is duly qualified and is now acting as Successor Personal Representative of the Estate of Charles J. Burton and as Personal Representative of the Estate of Mary Burton.

6.	This is an action at law for personal injuries and therefore the claim has not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Lucille Brittingham, Successor Personal Representative of the Estate of Charles J. Burton and Lucille Brittingham, Personal Representative of the Estate of Mary Burton requests this Court to substitute her as Plaintiff herein in place of Mary Burton.

/s/
EVE E. PRIETZ
Bar No. 06071
**Law Offices of Peter G. Angelos
A Professional Corporation**
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200

**Attorney for Plaintiffs**

## STATEMENT OF AUTHORITIES

1. Federal Rules of Civil Procedure Rule 25.

2. United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                         /s/
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**Attorney for Plaintiffs**