IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARY BURTON, Personal** | * | Case No. 91305531 (MD) (1) |
| **Representative of the Estate of** | * | Case No. 93-3194 |
| **CHARLES J. BURTON,** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MARY BURTON, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **CHARLES J. BURTON,** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| vs. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

1.      On Motion of Lucille Brittingham, for substitution in place of Mary Burton, Personal Representative of the Estate of Charles J. Burton, now deceased, it appearing to the Court that the said Mary Burton was duly appointed Personal Representative of the Estate of Charles J. Burton on March 29, 1994 by the Register of Wills for Baltimorel County, Maryland; that Mary Burton died on December 21, 2004; that the claim asserted by her in this action was not thereby extinguished; and that Lucille Brittingham has been duly appointed Successor Personal Representative of the Estate of Charles J. Burton, and is qualified and is acting as such.

2.      On Motion of Lucille Brittingham, for substitution in place of Mary Burton, Surviving Spouse of Charles J. Burton, now deceased, it appearing to the Court  that the said Mary Burton

died on December 21, 2004; that the claim asserted by her was not thereby extinguished; and that Lucille Brittingham has been duly appointed Personal Representative of the Estate of Mary Burton, and is qualified and is acting as such.

**IT IS ORDERED,** that Lucille Brittingham, Successor Personal Representative of the Estate of Charles J. Burton, be substituted as Plaintiff herein in the place of Mary Burton, Personal Representative of the Estate of Charles J. Burton, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Lucille Brittingham, Personal Representative of the Estate of Mary Burton, be substituted as Plaintiff herein in the place of Mary Burton, Surviving Spouse of Charles J. Burton, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**JUDGE**

**Date**