IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARY BURTON** | * | Case No. 91305531 (MD) (1) |
| **Personal Representative of the Estate** | * | Case No. 93-3194 |
| **of CHARLES J. BURTON, et ux.** | * | |
| | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| Defendants | * | |

\* * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007 a copy of Plaintiff's Motion for Substitution of Parties and Proposed Order which were electronically filed in this case on January 5, 2007, was mailed via first class mail, postage prepaid, to the following parties:

> John S. Cobb, Esquire
> North & Cobb
> 7313 York Road
> Towson, Maryland 21204
> Attorney for General Refractories Co.

> M. King Hill, III, Esquire
> Venable, LLP
> 210 Allegheny Avenue
> PO Box 5517
> Towson, Maryland 21204
> Attorney for Rapid American Corp.

> Geoffrey S. Gavit, Esquire
> Gavit & Datt
> 15850 Crabbs Branch Way, Ste. 180
> Rockville, Maryland 20850
> Attorney for J.H. France Refractories